

# United States District Court
# Eastern District of California

Dennis Villanueva Abarca et al

Plaintiff(s)

Case Number: 1:26-cv-03630  DAD SCR

V.

Christopher Chestnut, Warden, et al

Defendant(s)

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California,

Marti L. Jones _____ hereby applies for permission to appear and participate as

counsel in the above entitled action on behalf of the following party or parties:
Dennis Villanueva Abarca, Felilpe Hernandez Lucas, Raul Ramos Trinidad, Ramiro Sanchez Serrano, Eusevio Santos Cordoba (AKA Usavio Santos Cordeban), Jose Guadalupe Camacho Ordonez, and Marcelo Alcala Hernandez.

On _____ 10/10/1990 _____ (date), I was admitted to practice and presently in good standing in the

UT State Bar, UT Supreme, USDC UT District (court). A certificate of good standing from that court is

submitted in conjunction with this application. I have not been disbarred or formally censured by a court of

record or by a state bar association; and there are not disciplinary proceedings against me.

☒ I have / ☐ I have not concurrently or within the year preceding this application made a pro hac vice

application to this court. (If you have made a pro hac vice application to this court within the last year, list

the name and case number of each matter in which an application was made, the date of application and

whether granted or denied.)
Please see attachment for previous applications.

Date: 5/11/2026          Signature of Applicant: /s/

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | Marti L. Jones |
| Law Firm Name: | STOWELL CRAYK, PLLC |
| Address: | 4252 S. 700 E. |
| City: | Millcreek    State: UT    Zip: 84107 |
| Phone Number w/Area Code: | (385) 528-1038 |
| City and State of Residence: | Millcreek, UT |
| Primary E-mail Address: | marti@lawscb.com |
| Secondary E-mail Address: | rebecca@lawscb.com |

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | Brett Parkinson |
| Law Firm Name: | PARKINSON BENSON POTTER |
| Address: | 100 Pine Street |
| | Suite 1250 |
| City: | San Francisco    State: CA    Zip: 94111 |
| Phone Number w/Area Code: | (415) 534-7970    Bar # 230150 |

## ORDER

The Pro Hac Vice Application is APPROVED.  The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: May 12, 2026

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE

**United States District Court, Eastern District of California**
**Pro Hac Vice Application Addendum**

**Pro hac vice applications made to this court within the last year:**

De Niz Mendez et al v. Chestnut et al, 1:26-cv-02404-JLT-SAB-HC, applied 03/27/2026, granted.

Rivera Aguilar v. Andrews et al, 1:26-cv-03028-DAD-JDP (HC), applied 04/21/2026, granted.

Perdomo Amaya et al v. Chestnut et al, 1:26-cv-03033-DC-AC (HC), applied 04/21/2026, granted.

Orosco Diaz v. Chestnut et al, 1:26-cv-03454-DJC-SCR (HC), applied 05/04/2026, granted.

Maldonado Perez v. Warden of the Central Valley Annex ICE Detention Facility et al, 1:26-cv-03538-VC (HC), applied 05/07/2026, pending.

AO 136

**CERTIFICATE OF GOOD STANDING**

# UNITED STATES DISTRICT COURT

### District of Utah

I, Gary P. Serdar,  Clerk of the United States District Court,  District of Utah,

certify that

# Marti L. Jones

Bar #  **5733**,  was duly admitted to practice in this Court on 10/10/1990, and is in good standing as

a member of the bar of this Court.

Gary P. Serdar

*Clerk*

Dated at Salt Lake City, Utah

on April 15, 2026

*(By) Deputy Clerk*

# *CERTIFICATE OF GOOD STANDING*

*This document expires 60 days from the date of issuance*

Issued on 5/4/2026

To Whom it May Concern:

Re: CERTIFICATE OF GOOD STANDING for Marti L Jones

This is to certify that Marti L Jones, Utah State Bar No. 5733 was admitted to practice law in Utah on 10/2/1990.

Marti L Jones is currently an ACTIVE member of the Utah State Bar in good standing. "Good standing" is defined as a lawyer who is current in the payment of all Bar licensing fees, has met mandatory continuing legal education requirements, if applicable, and is not disbarred, presently on probation, suspended, or has not resigned with discipline pending, from the practice of law in this state.

_____
Maribeth LeHoux
General Counsel
Utah State Bar

No.2026 -1155914
verify by email at cogsrequest@utahbar.org